**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Josephine Davis |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 18-29606 |

Official Form 410S1

# Notice of Mortgage Payment Change           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 4 0 5 0

**Date of payment change:** Must be at least 21 days after date of this notice: 12 / 1 / 2019

**New total payment:** Principal, interest, and escrow, if any — $ 777.68

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 279.16        New escrow payment: $ 255.35

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Debtor 1 __Josephine Davis__    Case number (*if known*) __18-29606__
         First Name  Middle Name  Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ __/s/ Michelle R. Ghidotti-Gonsalves__    Date __11__/__6__/__2019__
Signature

Print:   __Michelle R. Ghidotti-Gonsalves__    Title __AUTHORIZED AGENT__
         First Name  Middle Name  Last Name

Company  __Ghidotti Berger LLP__

Address  __1920 Old Tustin Ave.__
         Number    Street
         __Santa Ana, CA 92705__
         City              State    ZIP Code

Contact phone  (__949__) __427__ – __2010__    Email __mghidotti@ghidottiberger.com__

SN Servicing Corporation                                               Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  October 11, 2019

JOSEPHINE DAVIS                                                        Loan:
LARRY DAVIS
7631 S NORMAL AVE                          Property Address:
CHICAGO IL  60620                          7631 SOUTH NORMAL AVENUE
                                           CHICAGO, IL  60620


## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Nov 2018 to Nov 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Dec 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 522.33 | 522.33 ** |
| Escrow Payment: | 279.16 | 255.35 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $801.49 | $777.68 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Nov 01, 2019 |
| Escrow Balance: | 2,078.72 |
| Anticipated Pmts to Escrow: | 279.16 |
| Anticipated Pmts from Escrow (-): | 1,892.00 |
| Anticipated Escrow Balance: | $465.88 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 279.10 | (99.00) |
| Nov 2018 | 279.16 | 279.16 | | | | 558.26 | 180.16 |
| Dec 2018 | 279.16 | 279.16 | | | | 837.42 | 459.32 |
| Jan 2019 | 279.16 | 279.16 | | | | 1,116.58 | 738.48 |
| Feb 2019 | 279.16 | 279.16 | | | | 1,395.74 | 1,017.64 |
| Feb 2019 | | | | 801.22 | * County Tax | 1,395.74 | 216.42 |
| Mar 2019 | 279.16 | 279.16 | 838.40 | | * County Tax | 836.50 | 495.58 |
| Apr 2019 | 279.16 | 279.16 | | | | 1,115.66 | 774.74 |
| May 2019 | 279.16 | 279.16 | | | | 1,394.82 | 1,053.90 |
| Jun 2019 | 279.16 | 279.16 | | | | 1,673.98 | 1,333.06 |
| Jul 2019 | 279.16 | 279.16 | | | | 1,953.14 | 1,612.22 |
| Jul 2019 | | | | 370.98 | * County Tax | 1,953.14 | 1,241.24 |
| Aug 2019 | 279.16 | 279.16 | 619.46 | | * County Tax | 1,612.84 | 1,520.40 |
| Sep 2019 | 279.16 | 279.16 | | | | 1,892.00 | 1,799.56 |
| Oct 2019 | 279.16 | 279.16 | 1,892.00 | | * Homeowners Policy | 279.16 | 2,078.72 |
| | | | | | Anticipated Transactions | 279.16 | 2,078.72 |
| Nov 2019 | | 279.16 | | 1,892.00 | Homeowners Policy | | 465.88 |
| | $3,349.92 | $3,629.08 | $3,349.86 | $3,064.20 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.


Last year, we  anticipated that payments from your account would be made during this period equaling 3,349.86.  Under Federal law, your lowest monthly balance should not have exceeded 558.31 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are

silent on this issue.

SN Servicing Corporation                                    Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: October 11, 2019

JOSEPHINE DAVIS                                                                    Loan: ███

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 465.88 | 255.35 |
| Dec 2019 | 255.35 |  |  | 721.23 | 510.70 |
| Jan 2020 | 255.35 |  |  | 976.58 | 766.05 |
| Feb 2020 | 255.35 |  |  | 1,231.93 | 1,021.40 |
| Mar 2020 | 255.35 | 801.22 | County Tax | 686.06 | 475.53 |
| Apr 2020 | 255.35 |  |  | 941.41 | 730.88 |
| May 2020 | 255.35 |  |  | 1,196.76 | 986.23 |
| Jun 2020 | 255.35 |  |  | 1,452.11 | 1,241.58 |
| Jul 2020 | 255.35 |  |  | 1,707.46 | 1,496.93 |
| Aug 2020 | 255.35 | 370.98 | County Tax | 1,591.83 | 1,381.30 |
| Sep 2020 | 255.35 |  |  | 1,847.18 | 1,636.65 |
| Oct 2020 | 255.35 |  |  | 2,102.53 | 1,892.00 |
| Nov 2020 | 255.35 | 1,892.00 | Homeowners Policy | 465.88 | 255.35 |
|  | $3,064.20 | $3,064.20 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 255.35. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 510.70 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 465.88. Your starting balance (escrow balance required) according to this analysis should be $255.35. This means you have a surplus of 210.53. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 3,064.20. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 255.35 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $255.35 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

# CERTIFICATE OF SERVICE

On 11/6/19, I served the foregoing documents described as Notice of Payment Change on the following individuals by electronic means through the Court's ECF program:

**COUNSEL FOR DEBTORS**

**Anthony J Kudron**
The Semrad Law Firm, LLC
20 S. Clark St., Suite 2800
Chicago, IL 60603
**Email: akudron@semradlaw.com**

**U.S. TRUSTEE**
**OFFICE OF THE US TRUSTEE**
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**TRUSTEE**
**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
ecf@tvch13.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Doniqua Portley
Doniqua Portley

On 11/6/19, I served the foregoing documents described as Notice of Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**

**Josephine Davis**
7631 S Normal Ave
Chicago, IL 60620

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Doniqua Portley
Doniqua Portley